

COM.

v.

**PALMER, D.**

**1360 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

CP–23–CR–0004393–2012
(Delaware)
Affirmed

**IN RE: A.N.H.**

**2370 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

2014–A9129
(Bucks)
Affirmed

**IN RE: L.A.H.**

**2371 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

No. 2014–A9130
(Bucks)
Affirmed

**IN RE: S.N.H.**

**2372 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

No. 2015–A9032
(Bucks)
Affirmed

**IN RE: M.R.H.**

**2373 EDA 2016**

Superior Court of Pennsylvania.

04/25/2017

No. 2014–A9128
(Bucks)
Affirmed

**IN RE: A.M.H.**

**2374 EDA 2016**

Superior Court of Pennsylvania.

4/25/2017

No. 2014–A9127
(Bucks)
Affirmed